IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INNOVATION TECHNOLOGIES, INC.,

    Plaintiff,

v.                                        CASE NO. 1:05-cv-00162-MP-AK

SPLASH! MEDICAL DEVICES, LLC,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 11, Plaintiff's Motion for an extension of time in which to file its Rule 7.1(a) corporate disclosure statement . In support of its motion, Plaintiff states that "Chambers recently reminded the parties of the need to file corporate disclosure statements. Due to an oversight, the same had not been timely filed." Doc. 11 at 1. After considering the matter, Plaintiff's motion is granted. Plaintiff has until Friday, December 30, 2005, to file the required statement.

**DONE AND ORDERED** this  *28th* day of December, 2005

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge