IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INNOVATION TECHNOLOGIES, INC.,

    Plaintiff,

v.                                  CASE NO. 1:05-cv-00162-MP-AK

SPLASH! MEDICAL DEVICES, LLC,

    Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 17, Rule 26(f) Joint Scheduling Report filed by Innovation Technologies, Inc. A teleconference was held on this matter on Wednesday, February 1, 2006. As a result, the court hereby orders that the parties have until Tuesday, March 14, 2006, to conduct discovery on the issue of jurisdiction in this case. Discovery on all other issues is stayed until the jurisdictional issue is resolved. At the conclusion of discovery, both parties will have the opportunity to file additional briefs on the matter if necessary. Additionally, the parties shall file with the court a joint confidentiality agreement on the issue of how confidential information acquired through discovery will be treated.

      **DONE AND ORDERED** this  *2nd* day of February, 2006

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge