*Return*

United States District Court

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 0 2006

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

Northern District of Florida
William M. McCool, Clerk of Court
401 Southeast First Avenue
Gainesville, Florida 32601
(352) 380-2400

March 13, 2006

To: Clerk, United States District Court
Northern District of Georgia
Richard B. Russell Federal Building and Courthouse
75 Spring Street SW, Room 2211
Atlanta, GA 30303-3361

Re: INNOVATION TECHNOLOGIES, INC. V. SPLASH!
FLN Case No. 1:05CV162 MMP/AK

The above-styled civil action is being transferred to your district pursuant to an order entered on March 8, 2006, by Judge Maurice Paul.

Attached are a certified copy of the docket sheet, a certified copy of the order of transfer, and all other original pleadings filed to date.

Please acknowledge receipt on the enclosed copy of this letter of transmittal.

WILLIAM M. McCOOL, CLERK OF COURT

Deputy Clerk: Adelita Tinaya-Miller

Attachments

MAR 2 0 2006

Date of receipt of case in your district: _____

Your Case No: **1:06-CV-0647**

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Tallahassee Division (850) 521-3501 • Pensacola Division (850) 435-8440 • Panama City Division (850) 769-4556

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

INNOVATION TECHNOLOGIES, INC.,

Plaintiff,

vs.

SPLASH! MEDICAL DEVICES, LLC,

Defendant.

CIVIL ACTION FILE
NO. 1:06-cv-647-TWT

**NOTICE TO ALL COUNSEL OF RECORD**

The above named case was transferred to the Northern District of Georgia, Atlanta Division from the United States District Court, Northern District of Florida. The civil action number assigned to this case is 1:06-cv-647-TWT. The case was filed on March 20, 2006, and has been assigned to Judge Thomas W. Thrash, Jr.

Dated at Atlanta, Georgia this 23rd day of March, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: /s/Dennis Richardson
Deputy Clerk

cc: USDC Northern Florida
Carlos Federico Osorio
Corey Kyunghyun Cho
Hendrick G. Milne
Stan Cushman